

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        Gilbert Salinas v. The State of Texas

Appellate case number:      01-20-00300-CR

Trial court case number:    CR2016-140

Trial court:                207th District Court of Comal County

On February 13, 2020, the trial court entered a Judgment Adjudicating Guilt against appellant, Gilbert Salinas. Unless a motion for new trial has been timely filed, a notice of appeal must be filed within thirty days after the entry of judgment. *See* TEX. R. APP. P. 26.2(a)(1). The record does not reflect that appellant filed a motion for new trial was filed with the trial court, as such, appellant's notice of appeal was due on or before March 16, 2020.

On March 17, 2020, appellant filed his untimely notice of appeal. On March 18, 2020, appellant filed a "Motion for Extension of Time to File Notice of Appeal."[1] The time within which to file a notice of appeal may be enlarged if, within fifteen days after the deadline for filing the notice, the party files a notice of appeal and a motion for extension of time complying with Rule 10.5(b) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 26.3. Appellant's motion for extension was filed within fifteen days of the deadline for filing the notice of appeal and complies with Rule 10.5(b) of the Texas Rules of Appellant Procedure.

Accordingly, appellant's motion for extension of time to file his notice of appeal is **granted**.

It is so ORDERED.

---

[1]     Both appellant's notice of appeal and motion for extension of time to file notice of appeal were filed in the Third District Court of Appeals. This appeal was subsequently transferred to this Court pursuant to the Supreme Court's docket equalization authority. *See* TEX. GOV'T CODE ANN. § 73.001.

Judge's signature: ____/s/ Evelyn V. Keyes_____

☑ Acting individually    ☐ Acting for the Court


Date: ___August 6, 2020____